**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**DANIEL FRONTERA,**

                      **Plaintiff,**           08-CV-0649S(Sr)

v.

**TOWN OF WEST SENECA, et al.,**

                      **Defendants.**

---

## ORDER

**WHEREAS**, Sammarco, Mattacola & Sammarco, LLP, Andrea Sammarco, Esq., partner, moves to withdraw as counsel for plaintiff Daniel Frontera and has submitted an affidavit in support of its motion, with certificate of service by mail upon plaintiff Daniel Frontera and electronic service of the Notice of Motion upon opposing counsel (Dkt. ##17 & 20);

**It is hereby ORDERED** that plaintiff's and defendants' response to the motion, if any, shall be filed no later than **November 6, 2009**; and

**It is further ORDERED** that plaintiff shall personally appear before the undersigned at 418 U.S. Courthouse, Buffalo, New York on **November 12, 2009 at 11:00 a.m.** to resolve this matter; and

**It is further ORDERED that** the Clerk of the Court shall serve a copy of this Order upon plaintiff Daniel Frontera at 791 Union Road, West Seneca, New York 14224, via United States mail.

**SO ORDERED.**

DATED:  Buffalo, New York
October 6, 2009

s/ H. Kenneth Schroeder, Jr.
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**
